# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER INGRAM,<br><br>  Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>  Defendant. | Case No. 1:21-cv-00663-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING<br><br>SEVEN DAY DEADLINE |

On February 26, 2021, Plaintiff Christopher Ingram filed this action in the Tulare County Superior Court. (ECF No. 1-3.) Defendant Ford Motor Company was served with the complaint on March 22, 2021. (Decl. of Erica I. De La Sierra, ¶ 10, ECF No. 1-2.) On April 21, 2021, Defendant removed the action to the Eastern District of California. (ECF No. 1.)

Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed." Fed. R. Civ. P. 81(c)(2)."

/ / /

/ / /

1

1    Defendant's notice of removal does not include an answer filed in the state court.
2  Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within
3  **seven (7) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **April 22, 2021**

UNITED STATES MAGISTRATE JUDGE